UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                              :

ZARINA BEGUM,                                    :

                                             Plaintiff,    :

                                                               :                        23-CV-4263 (VSB)

                          -against-                  :

                                                               :                          **ORDER**

EXPERIAN INFORMATION SOLUTIONS  :
INC. and TRANS UNION LLC,              :

                                                               :

                                               Defendants.  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that Plaintiff Zarina Begum and Defendant Trans Union LLC have reached a settlement.  (Doc. 38.)  It has also been reported to the Court that Plaintiff and Defendant Experian Information Solutions Inc. have separately reached a settlement.  (Doc. 43.)  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  June 5, 2024
          New York, New York

                                                         _Vernon Broderick_
                                                         Vernon S. Broderick
                                                         United States District Judge